HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
MARK R. DROZDOWSKI (Bar No.166669)
(E–Mail:  Mark_Drozdowski@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-7520
Facsimile:  (213) 894-0081

Attorneys for Petitioner
DONALD RAY MILLWEE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONALD RAY MILLWEE,<br><br>               Petitioner,<br><br>    v.<br><br>KELLY MITCHELL, Warden,<br>California State Prison at San<br>Quentin,<br><br>             Respondent. | Case No. CV 99-07220-AB<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**PETITIONER'S UNOPPOSED *EX PARTE* APPLICATION FOR A 35-DAY EXTENSION OF TIME TO FILE HIS OPENING MERITS BRIEF** |

Petitioner Donald Millwee requests an extension of time of 35 days, to and including September 4, 2015, to file his opening merits brief, which is currently due by July 31, 2015.  Respondent does not oppose this request.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED:  July 21, 2015          By  /s/ Mark R. Drozdowski

MARK R. DROZDOWSKI
Deputy Federal Public Defender

Attorneys for Petitioner
DONALD RAY MILLWEE

1

### DECLARATION OF MARK R. DROZDOWSKI

I, Mark R. Drozdowski, declare:

1.      I am a Deputy Federal Public Defender with the Office of the Federal Public Defender for the Central District of California (the "FPD") and I am admitted to practice in this Court.  I represent Petitioner Donald Millwee in this capital habeas corpus case, and I am the only attorney assigned to represent him.

2.      On February 18, 2015, the Court vacated the stay in this case and ordered Millwee to file an opening brief addressing the merits of his claims by July 31, 2015.  Docket no. 134 at 11.  The order limited the brief to 150 pages; gave Respondent about three months (to October 30) to file an opposition and Millwee about 38 days (to December 7) to file a reply; and stated that the Court "does not anticipate entertaining requests for extensions of time to file the ordered briefing."  *Id*. at 11-12.

3.      I make this declaration in support of Millwee's request for a 35-day extension of time, to and including September 4, 2015, to file and serve his opening merits brief.  This is Millwee's first request to extend this deadline.  I am mindful of the Court's statement about extensions and I would not make this request unless I had a substantial need for an extension.  As shown below, despite my diligent efforts, my work in other cases and other obligations have prevented me from meeting the current deadline and will prevent me from filing the opening merits brief before the due date requested herein.  Since the Court set the current deadline on February 18, 2015, my work in other cases has included the following:

4.      In a capital habeas appeal, Ninth Circuit case no. 14-99004, I filed the appellant's opening brief on February 20 and two motions on March 23.  Although my co-counsel wrote the brief, I spent time reviewing and editing it in the days leading up to the filing.

5.      In another capital habeas appeal, Ninth Circuit case no. 13-99010, I filed a response to a motion on February 23.

2

6.     In another capital habeas appeal, Ninth Circuit case no. 13-99008, I filed the appellant's reply brief and a motion for judicial notice on June 10.  My co-counsel drafted the brief but I spent considerable time before the brief was filed editing it and conducting legal research for it.

7.     In another capital habeas appeal, Ninth Circuit case no. 14-99001, I edited and conducted research for the appellant's reply brief that my co-counsel filed on July 1.

8.     In a non-capital habeas appeal, Ninth Circuit case no. 15-55936, I filed a motion for a certificate of appealability on July 6.  I am the sole attorney assigned to represent the petitioner and I wrote the motion.

9.     In a capital habeas case pending in District Court, my co-counsel and I filed an amended federal habeas petition on April 27.  Dist. Ct. case no. 96-cv-06883-DSF.  I had only recently been assigned to the case, and it took me a lot of time to familiarize myself with the record to be able to draft the claims assigned to me.  We met the Court's deadline without asking for an extension and we met the Court's page limitations.

10.    In a capital habeas case pending in this Court, my co-counsel and I filed a merits reply brief on July 17.  Dist. Ct. case no. 99-cv-04973-AB.  Although I had worked on that case years ago, I did not work on the opening brief, and I worked on the reply to replace an attorney who was out on leave.  It took me a considerable amount of time to re-learn the record sufficiently to work on the claims assigned to me.

11.    I have spent a lot of time since February 18 working on a new federal capital habeas case, Dist. Ct. case no. 14-cv-01868-BRO.  Under the one-year limitations deadline, our initial federal habeas petition must be filed by no later than October 1.  I have spent considerable time the past several months reading the record and directing and conducting investigation in this case.  The petitioner received a full re-trial because of juror misconduct and had a sanity trial at both of his capital trials.  One other FPD lawyer works with me on the case.  She is very talented and hard-

3

working but she is still relatively new to capital habeas and I am ultimately responsible for the case.

12.     Since February 18, I have also spent time out of the office serving as faculty at two trainings and as an attendee at a third training sponsored by the Defender Services Office:  (1) March 11-14 at a management training in Las Vegas; (2) June 23-26 at a capital habeas training in Denver; and (3) July 16-19 at a capital habeas training at Loyola Law School in Los Angeles.  I am scheduled to give a training in our office on September 1, and it will take me several days to prepare for it.

13.     I was out on vacation March 24-April 2 and June 18, 19 and 22.

14.     I have made good progress in Millwee's case reviewing the record, conducting legal research and analyzing arguments for the opening merits brief.  I have worked on the case whenever possible given the obligations noted above.  Part of the brief is drafted but I cannot complete the brief, and the remaining required research and record review, by the current deadline.  I have substantial need for an extension of time and believe I can complete and file the opening merits brief by the due date requested herein.  The October 1 statutory deadline noted in paragraph 10 above is looming over me, and I will need much of September to complete my work in that case.  I believe I can finish a draft of Millwee's brief by the end of August for review by my supervisor before filing.

15.     Last week I communicated with counsel for Respondent, Susan Miller, about this extension request.  I told her that I expected to request an additional 30 to 45 days to file Millwee's opening merits brief.  Ms. Miller informed me that Respondent had no objection to such a request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 21, 2015 at Los Angeles, California.

_____/s/ Mark R. Drozdowski_____
MARK R. DROZDOWSKI

4