KAMALA D. HARRIS
Attorney General of California
HOLLY D. WILKENS
Supervising Deputy Attorney General
RONALD A. JAKOB
Deputy Attorney General
SUSAN ELIZABETH MILLER
Deputy Attorney General
State Bar No. 191905
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 645-2306
  Fax: (619) 645-2191
  E-mail: Susan.Miller@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DONALD RAY MILLWEE,<br><br>                           Petitioner,<br><br>      v.<br><br>RONALD DAVIS, Warden of California State Prison at San Quentin,<br><br>                           Respondent. | **DEATH PENALY CASE**<br><br>CV 99-7220-AB<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE RESPONDENT'S MERITS BRIEF; DECLARATION OF SUSAN ELIZABETH MILLER IN SUPPORT THEREOF**<br><br>Judge: Honorable Andre Birotte Jr. |
|---|---|

     Respondent hereby makes this *ex parte* application for a second enlargement of time in which to file Respondent's Merits Brief. Respondent was previously granted one sixty-day enlargement of time in which to file Respondent's Merits Brief. Pursuant to this Court's order of December 11, 2015, Respondent's Merits Brief is due February 15, 2016.

1    Respondent is requesting a second enlargement of time consisting of 45 days
2  through March 31, 2016, to permit Respondent's interest in this matter to be
3  adequately represented.  Respondent's request is based on this application and the
4  attached declaration of Susan Elizabeth Miller.  Counsel for Petitioner represented
5  that he has no opposition to a second enlargement of time.

6  Dated:  February 5, 2016                    Respectfully submitted,

7                                              KAMALA D. HARRIS
                                               Attorney General of California
8                                              HOLLY D. WILKENS
                                               Supervising Deputy Attorney General
9                                              RONALD A. JAKOB
                                               Deputy Attorney General
10

11

12                                             /s/ Susan Elizabeth Miller
                                               SUSAN ELIZABETH MILLER
13                                             Deputy Attorney General
                                               *Attorneys for Respondent*

## DECLARATION OF SUSAN ELIZABETH MILLER

I, Susan Elizabeth Miller, declare as follows:

1. I am the Deputy Attorney General assigned to represent Respondent in the matter of *Millwee v. Davis*, U.S.D.C. case no. CV 99-7220 AB.

2. Respondent was previously granted one sixty-day enlargement of time to file Respondent's Merits Brief. Respondent's Merits Brief is currently due on February 15, 2016.

3. On September 15, 2015, Petitioner filed a 127-page brief presenting 27 claims plus numerous sub-claims. Petitioner was granted a 35-day extension of time and a 1-day extension of time, following an initial period of 170 days, to file his Merits Brief.

4. Since my prior request for an enlargement of time in the instant matter, I completed my previously pending caseload of state court direct appeals, filing Respondent's Briefs in: *People v. Diaz* (Case No. E062324); *People v. Lipscomb* (Case No. E061604); *People v. Negrete* (Case No. D067860); and *People v. Carrillo* (Case No. G050784). It required about three weeks of my time to complete the Respondent's Briefs in those appeals before I could turn my attention to preparing the Respondent's Merits Brief in this matter.

5. I began working on the Respondent's Merits Brief around October 15, 2015. However, I also had to prepare for oral argument in the California Court of Appeal where I am counsel of record in *People v. Asher* (Case No. G050231) (originally set for oral argument on November 24, 2015, but rescheduled for January 19, 2016). I also prepared and filed an answer to a petition for rehearing in the California Court of Appeal in another case where I am counsel of record: *People v. Smallen* (Case No. E060839). I am currently working exclusively on the Merits Brief in the instant matter. To date, I have drafted responses to 20 of the 27 claims raised by Petitioner in his merits brief.

6. In addition to preparing the draft of the Merits Brief in the instant matter, I

will need to allow sufficient time for the completed brief to be reviewed, for making necessary edits or additions, and for my secretary to prepare the document for filing. Accordingly, a forty-five day extension of time to file the Merits Brief is necessary in order to effectively represent Respondent in this matter.

7. On February 3, 2016, I contacted Petitioner's counsel, Deputy Federal Public Defender Mark Drozdowski, and informed him of this request for a second enlargement of time. He represented that he has no objection to the request.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 5, 2016, at San Diego, California.

/s/Susan Elizabeth Miller
SUSAN ELIZABETH MILLER
Deputy Attorney General

SM:jr
SD2006700974
71163385.doc

# CERTIFICATE OF SERVICE

Case Name: **Donald Ray Millwee v. Ronald Davis, Warden**    No. **CV 99-7220-AB**

I hereby certify that on **February 5, 2016**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**UNOPPOSED *EX PARTE* APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE RESPONDENT'S MERIT BRIEF; DECLARATION OF SUSAN ELIZABETH MILLER IN SUPPORT THEREOF; PROPOSED ORDER GRANTING ENLARGEMENT OF TIME**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 5, 2016**, at San Diego, California.

Jena Ray
Declarant

Signature

SD2006700974
71163654.doc