JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DONALD RAY MILLWEE,

        Petitioner,

    v.

RON DAVIS, Warden of California
State Prison at San Quentin,

        Respondent.

CASE NO. CV 99-7220 AB

**DEATH PENALTY CASE**

JUDGMENT

Pursuant to the Order Denying First Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied, that Claims 35 and 39 are dismissed without prejudice, that all other claims are denied with prejudice, and that judgment is entered in favor of Respondent and against Petitioner.  The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

**IT IS SO ORDERED.**

Dated: January 07, 2019.

_____
ANDRÉ BIROTTE JR.
United States District Judge